JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

16

**CENTRAL DISTRICT OF CALIFORNIA**

17
18

19 | TRINA SMITH GRAY and ANSEN GRAY,

20 |     Plaintiffs,

21

22 |     vs.

23 | FORD MOTOR COMPANY; GALPIN MOTORS, INC.; and DOES 1 through 10, inclusive,

24

25 |     Defendants.

Case No.: 2:18-cv-10362-CJC-DFM

**ORDER GRANTING STIPULATION TO DISMISS CASE**

26
27
28

1     Based on the Parties' joint stipulation pursuant to Fed. R. Civ. P.
2 41(a)(1)(A)(ii) and good cause appearing, the Court GRANTS the joint
3 stipulation. Accordingly, the Court DISMISSES with prejudice the Complaint as
4 to all parties and claims. The Clerk of Court shall terminate the case.
5
6 **IT IS SO ORDERED**
7
8 Dated: June 5, 2020
9
10                               Cormac J. Carney
11                               Chief United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER GRANTING STIPULATION TO DISMISS CASE**
Case No.: 2:18-cv-10362-CJC-DFM